## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 24, 2022

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

           Re:  Case No. 21-2811, *Victoria Okakpu-Mbah v. Postmaster General of U.S.*
                Originating Case No. 1:19-cv-00975

Dear Ms. Filkins:

  Enclosed is a copy of the mandate filed in this case.

                                                     Sincerely yours,

                                                       s/Patricia J. Elder, Senior Case Manager
                                                         for Robin Baker, Case Manager

cc:  Ms. Carolyn A. Almassian
      Mr. William Frank Piper II

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-2811
_____

Filed: October 24, 2022

VICTORIA N. OKAKPU-MBAH, an individual

    Plaintiff - Appellant

v.

POSTMASTER GENERAL OF THE UNITED STATES

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 08/31/2022 the mandate for this case hereby issues today.

COSTS:  None